Karyn M. Taylor, Esq.
Nevada Bar No. 6142
Michael D. Dissinger, Esq.
Nevada Bar No. 15208
LITTLER MENDELSON, P.C.
200 South Virginia Street, 8th Floor
Reno, Nevada 89501
Telephone:  775.348.4888
Fax No.:  775.786.0127
kmtaylor@littler.com
mdissinger@littler.com

Attorneys for Defendant
SUMMERSET RENO MEMORY CARE LLC

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MONICA THOMAS,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>SUMMERSET RENO MEMORY CARE LLC,<br><br>　　　　　Defendant. | Case No.  3:25-cv-00218-ART-CLB<br><br>**ORDER GRANTING STIPULATION TO EXTEND TIME FOR DEFENDANT TO FILE RESPONSIVE PLEADING TO PLAINTIFF'S COMPLAINT**<br><br>**[FIRST REQUEST]** |

Plaintiff, MONICA THOMAS ("Plaintiff"), and Defendant, SUMMERSET RENO MEMORY CARE LLC ("Defendant"), by and through their undersigned counsel, hereby agree and stipulate to extend the time for Defendant to file a response to the Complaint up to and including **July 16, 2025**.

The requested extension is necessary because Defendant's counsel, Littler Mendelson, P.C., was recently retained to represent Defendant in this matter. The additional time will allow defense counsel to conduct a complete investigation into the allegations and to prepare a response to the Complaint.

/ / /

LITTLER
MENDELSON, P.C.
200 S. Virginia St
8th Floor
Reno, NV  89501.1944
775.348.4888

This is the first request for an extension of time to respond to the Complaint. This request is made in good faith and not for the purpose of delay.

| | |
|---|---|
| Dated: June 30, 2025 | Dated: June 30, 2025 |
| Respectfully submitted, | Respectfully submitted, |
| | |
| */s/ Sean McDowell* | */s/ Michael D. Dissinger* |
| Mark Mausert, Esq. | Karyn M. Taylor, Esq. |
| Sean McDowell, Esq. | Michael D. Dissinger, Esq. |
| LAW OFFICE OF MARK MAUSERT | LITTLER MENDELSON, P.C. |
| | |
| Attorneys for Plaintiff | Attorney for Defendant |
| MONICA THOMAS | SUMMERSET RENO MEMORY CARE LLC |

**IT IS SO ORDERED.**

Dated: June 30, 2025

_____
UNITED STATES MAGISTRATE JUDGE

4930-2483-3872 / 095803.1000