1
2
3
4
5
6
7
8
9
10

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| MONICA THOMAS, | Case No.: 3:25-cv-00218-ART-CLB |
|---|---|
| Plaintiff, | |
| vs. | **ORDER GRANTING** |
| SUMMERSET RENO MEMORY CARE LLC, | **STIPULATION TO DISMISS ACTION WITH PREJUDICE** |
| Defendant. | |

IT IS HEREBY STIPULATED by and between Plaintiff MONICA THOMAS and Defendant SUMMERSET RENO MEMORY CARE LLC, by and through their respective counsel of record, that pursuant to F.R.C.P. 41(a)(1), Plaintiff's claims and causes of action in the above-referenced action are hereby dismissed with prejudice, each party to bear its own attorneys' fees and costs.

The Parties agree that no Party to this Stipulation shall be deemed to be a prevailing party in this action and that no Party will file for an award of attorneys' fees or costs pursuant to any rule, statute or law, whether local, state or federal, in any forum that would be available for the claims dismissed by this Stipulation.

/ / /

/ / /

Accordingly, the Parties respectfully request that the Court grant the instant Stipulation, dismiss the action with prejudice, and close the case.

**IT IS SO STIPULATED.**

| | |
|---|---|
| Dated this 25th day of August, 2025.<br>MARK MAUSERT LAW OFFICE | Dated this 25th day of August, 2025.<br>LITTLER MENDELSON, P.C. |
| /s/ Mark Mausert<br>MARK MAUSERT<br>SEAN McDOWELL<br>729 Evans Avenue<br>Reno, Nevada 89512 | /s/ Michael Dissinger<br>KARYN M. TAYLOR, ESQ.<br>MICHAEL D. DISSINGER, ESQ.<br>200 South Virginia Street, 8th Floor<br>Reno, Nevada 89501 |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |

**IT IS SO ORDERED.**

Dated: August 25, 2025.

_____
Anne R. Traum
United States District Judge

2.